ALCIDE GALLEY JR
FULL NAME

COMMITTED NAME (if different)

LARY O SMITH CORRECTIONAL FACILITY
FULL ADDRESS INCLUDING NAME OF INSTITUTION

1627 S. HARGRAVE ST, BANNING CA 92220

2017 18479
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

OCT 24 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALCIDE GALLEY JR

PLAINTIFF,

v.

RIVERSIDE COUNTY, SHERIFF STAN SNIFF
UNDERSHERIFF JERRY GUTIERREZ, DOE #1
CORPORAL HARRIS
DEFENDANT(S).

CASE NUMBER
ED17CV02177-JGB(E)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? __0__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

N/A



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 20 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
Plaintiff N/A

Defendants N/A

b. Court N/A

c. Docket or case number N/A

d. Name of judge to whom case was assigned N/A

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) N/A

f. Issues raised: N/A

g. Approximate date of filing lawsuit: N/A

h. Approximate date of disposition N/A

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ALCIOG GALLEY JR
(print plaintiff's name)

who presently resides at 1627 S. HARGRAVE ST, BANNING, CA 92220,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
1627 S. HARGRAVE ST, BANNING CA 92220 / 4000 ORANGE ST, RIVERSIDE CA 92501
(institution/city where violation occurred)

---

CV-66 (7/97)            **CIVIL RIGHTS COMPLAINT**            Page 2 of 13

on (date or dates) <u>SEPTEMBER 1, 2016 to present</u>                .                .
                          (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>RIVERSIDE COUNTY</u> resides or works at
   (full name of first defendant)

   <u>4585 LEMON STREET, RIVERSIDE, CA 92501</u>
   (full address of first defendant)

   <u>PUBLIC ENTITY</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

2. Defendant <u>STAN SNIFF</u> resides or works at
   (full name of first defendant)

   <u>4095 LEMON STREET, RIVERSIDE CA 92501</u>
   (full address of first defendant)

   <u>SHERIFF</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>APPROVES AND IMPLEMENTS ALL POLICY AND PROCEDURES WITHIN THE</u>
   <u>RIVERSIDE COUNTY CORRECTIONAL FACILITIES.</u>

3. Defendant <u>JERRY GUTIERREZ - UNDERSHERIFF</u> resides or works at
   (full name of first defendant)

   <u>4095 LEMON STREET, RIVERSIDE CA 92501</u>
   (full address of first defendant)

   <u>UNDER-SHERIFF</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>APPROVES AND IMPLEMENTS ALL POLICY AND PROCEDURES WITHIN THE</u>
   <u>RIVERSIDE COUNTY CORRECTIONAL FACILITIES.</u>

4. Defendant __HARRIS__ resides or works at
(full name of first defendant)

__LARY D. SMITH CORRECTIONAL FACILITY 1627 S. HARGRAVE ST, BANNING CA 92220__
(full address of first defendant)

__CORPORAL__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__PERSON'S ARE IN CHARGE OF PROGRAMS AND GRIEVANCE'S__

5. Defendant __DOE #1__ resides or works at
(full name of first defendant) __4000 ORANGE ST, RIVERSIDE CA 92501__

__LARY D. SMITH CORRECTIONAL FACILITY, 1627 S. HARGRAVE ST, BANNING CA 92220__
(full address of first defendant)

__EMPLOYEE__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__ENFORCEMENT OF POLICY AND PROCEDURES__

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

SEE PAGES 10-19, SECTIONS 10-23

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SEE PAGES 8-10, SECTION 1-9

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

(1) As to cause of action one, $75,000 against each defendant individualy and seperately

(2) As to cause of action two, $75,000 against each defendant individualy and seperately

(3) As to cause of action three, $50,000 against each defendant individualy and seperately

(4) As to cause of action four, $50,000 against each defendant individualy and seperately

(5) As to cause of action five, $50,000 against each defendant individualy and seperately

(6) For the court to appoint counsel to handle the injuction as to the negotiations, implementation, and oversight for two years to make sure the Sheriffs Department maintains detainees rights by randomly visting detainees and interviewing for the two years duration.

(7) Allow amendment when plaintiff, through discovery determines who Doe 1 is, and/or when necessary.

(8) For the court to appoint counsel to handle the complaint.

(9) For the court to award any other type of damages or relief it deems fit

(10) For the court to order the injunctions laid out below.

  (1) That ex-law enforcement be classed other than Ad-Seg

  (2) That they are not handcuffed while being moved as other criminal detainees.

  (3) That they are not cross chained while being transported, and are not kept in chains while waiting in a cell.

  (4) That while being sent to court, chains are taken off prior to enter into court room, before seeing judge/attorney's.

  (5) Access to dayroom, phone time as other criminal detainees have

  (6) Clean clothes that are the right size, not torn or stained beyound normal wear and tear.

  (7) Bed sheets that are hole and servicable for use.

(REQUEST FOR RELIEF CONTINUED)

10/14/17
(Date)

_____
(Signature of Plaintiff)

## E. REQUEST FOR RELIEF
## CONTINUED

11) AS TO CAUSE OF ACTION SIX, $25,000 AGAINST EACH DEFENDANT INDIVIDUALLY AND SEPERATELY.

12) AS TO CAUSE OF ACTION SEVEN, $25,000 AGAINST EACH DEFENDANT INDIVIDUALLY AND SEPERATELY.

SUPPORTING FACTS

(1) THIS PLAINTIFF WAS ARRESTED AND INCARCERATED IN RIVERSIDE COUNTY DETENTION CENTER ON SEPTEMBER 1ST, 2016 UNTIL THE PRESENT.

(2) AS EX-LAW ENFORCEMENT OFFICER, THE SHERIFF'S DEPARTMENT POLICY IS TO KEEP HIM SEPERATED FROM OTHER CRIMINAL DETAINEES, FOR HIS SAFETY. MEANING, POLICY IS TO HOUSE HIM IN AD-SEG AND THUS, HE WILL RECEIVE ALL OF AD-SEG'S CONDITIONS OF CONFINEMENT AND TREATMENT.

(3) PLAINTIFF THUS RECEIVES LESS DAYROOM, LESS PHONE TIME, NO ACCESS TO ANY PROGRAMS AND NO ACCESS TO ANY RELIGIOUS SERVICE. ALL DUE TO THE POLICY SET FORTH BY THE SHERIFF STAN SNIFF AND UNDERSHERIFF JERRY GUTIERREZ. THIS IS MORE OF A RESTRICTED CONFINEMENT THAN OTHER CRIMINAL DETAINEES RECEIVE.

(4) PLAINTIFF FURTHER RECEIVES BIAS OR PREJUDICE TREATMENT AS A CUSTOM AND PRACTICE FOR A BIG PORTION OF THE DEPUTIES.

(5) PLAINTIFF HAS ALSO BEEN DENIED BASIC NECESSITIES OF LIFE IN THE FORM OF CLEAN CLOTHES, AS FULL CLOTHING EXCHANGE IS ONCE A WEEK. THE SHERIFFS DEPARTMENT

and deputies in almost every month of his incarceration, has failed to provide him with a full clothing exchange, such as no pants and/or shirt his size, getting a half sheet, and/or t-shirts or boxers not the right size. It is always a combination of these.

(6) Plaintiff is also handcuffed when escorted, cross-chained when transported, a more restrictive treatment than other criminal detainees.

(7) On 9-25-17, plaintiff tried to file a grievance on the program that day along with the other three inmates in his section. But the next day, Corporal Harris came by about the grievance and stated if we did not drop them, basically sign off on them, the program will get worse, so the plaintiff as well as the other three, signed off in fear of a worse program.

(8) On 9-30-17 and 10-17-17, plaintiff filed grievance's on the program days for not providing clothing, or providing clothing of the wrong size, sheets that are torn beyond use. On 9-30-17, the grievance was assigned to Correctional Deputy Cordova, nothing was fixed. On 10-7-17 there was no response to the grievance.

(9) Plaintiff mailed a claim to the Riverside County Board of Supervisors on October 14, 2017, to which was rejected by the Board.

## CAUSE OF ACTIONS

### CAUSE ONE:

(10) Plaintiff repeats and realleges allegations contained in paragraphs numbered 1-9 inclusive to this complaint.

(11) As a direct result of defendants Stan Sniff Sheriff and Jerry Gutierrez, Undersheriff, being deliberately indifferent to plaintiffs right to be treated same and have the same privileges as other criminal detainees and not have less than they do. Policies and procedures set forth by them are so defective. They are written and enforced to give this plaintiff less privileges, less rights than other criminal detainees solely because of his past employment and nothing else, only policy dictates such. This is the moving force of cruel and unusual treatment of the Eighth Amendment standards that violate the Fourteenth Amendment.

### CAUSE TWO:

(12) Plaintiff repeats and realleges allegations contained in paragraphs numbered 1-9 inclusive to this complaint.

(13) As a direct result of the county employees actions and/or omissions while acting under the color of

THEIR EMPLOYMENT. DEFICIENT POLICIES WRITTEN THAT CAUSE CRIMINAL DETAINEES WHO ARE EX-LAW ENFORCEMENT LESS RIGHTS AND PRIVILEDGES THEN CRIMINAL DETAINEES. WHO ARE NOT EX-LAW ENFORCEMENT. THIS FAILURE IS THE MOVING FORCE THAT MAKES THE COUNTY OF RIVERSIDE LIABLE FOR VIOLATION OF FOURTEENTH AMENDMENT UNDER EIGHTH AMENDMENT STANDARDS.

CAUSE THREE:

(14) PLAINTIFF REPEATS AND REALLEGES ALLEGATIONS CONTAINED IN PARAGRAPHS NUMBERED 1-9 INCLUSIVE TO THIS COMPLAINT.

(15) AS A DIRECT RESULT OF DEFENDANTS STAN SNIFF, SHERIFF AND JERRY GUTIERREZ, UNDERSHERIFF, BEING DELIBERATELY INDIFFERENT TO PLAINTIFFS RIGHT TO BE TREATED SAME AND HAVE THE SAME PRIVILEDGES AS OTHER CRIMINAL DETAINEES SETFORTH BY THEM ARE SO DEFECTIVE, THEY ARE WRITTEN AND ENFORCED TO GIVE THIS PLAINTIFF LESS PRIVILEDGES, LESS RIGHTS THEN OTHER CRIMINAL DETAINEES SOLELY BECAUSE OF HIS PAST EMPLOYMENT AND NOTHING ELSE, ONLY POLICY DICTATES SUCH. THIS IS THE MOVING FORCE OF VIOLATING RIGHTS UNDER CALIFORNIA GOVERNMENT CODES 820 AND 820.9

CAUSE FOUR:

(16) PLAINTIFF REPEATS AND REALLEGES ALLEGATIONS CONTAINED IN PARAGRAPHS NUMBERED 1-9 INCLUSIVE TO THIS COMPLAINT.

(17) AS A DIRECT RESULT OF COUNTY EMPLOYEES ACTIONS AND/OR OMISSIONS WHILE ACTING UNDER COLOR OF THEIR EMPLOYMENT. DEFICIENT POLICIES WRITTEN THAT CAUSE CRIMINAL DETAINEES WHO ARE EX-LAW ENFORCEMENT LESS RIGHTS AND PRIVILEDGES THAN CRIMINAL DETAINEES WHO ARE NOT EX-LAW ENFORCEMENT. THIS FAILURE IS THE MOVING FORCE THAT MAKES THE COUNTY OF RIVERSIDE LIABLE UNDER CALIFORNIA GOVERNMENT CODE 815.6

CAUSE FIVE:

(18) PLAINTIFF REPEATS AND REALLEGES ALLEGATIONS CONTAINED IN PARAGRAPHS NUMBERED 1,7 INCLUSIVE TO THIS COMPLAINT.

(19) AS A DIRECT RESULT OF THE COUNTY'S EMPLOYEE'S ACTIONS AND OMISSIONS OF PATTERNS AND PRACTICES OF CONDUCT IT'S EMPLOYEE PREFORMED UNDER THE COLOR OF HIS EMPLOYMENT. IT HAS DEPRIVED PLAINTIFF HIS RIGHTS UNDER THE FEDERAL AND STATE CONSTITUTION FOR SEEKING REMEDY TO CURE RIGHT VIOLATIONS, AS

SUCH, THE COUNTY OF RIVERSIDE IS LIABLE UNDER CALIFORNIA CIVIL CODE 52.3

CAUSE SIX:

(20) PLAINTIFF REPEATS AND REALLEGES ALLIGATIONS IN PARAGRAPHS NUMBERED 1-7 INCLUSIVE TO THIS COMPLAINT.

(21) AS A DIRECT RESULT OF DEFENDANT CORPRAL HARRIS ACTIONS WHILE ACTING UNDER THE COLOR OF HIS EMPLOYMENT, INFERED BY THREAT, INTIMIDATION AND COERCION OF A HARSHER PROGRAM IF HIS GRIEVANCE FOR CRUEL AND UNUSUAL PUNISHMENT IS NOT SIGNED OFF ON. SUCH AN ACT VIOLATES CALIFORNIA CIVIL CODE §52.1(b)

CAUSE SEVEN:

(22) PLAINTIFF REPEATS AND REALLEGES ALLIGATIONS IN PARAGRAPHS NUMBERED 1-7 INCLUSIVE TO THIS COMPLAINT.

(23) AS A DIRECT RESULT OF DEFENDANT CORPRAL HARRIS ACTIONS WHILE ACTING UNDER THE COLOR OF HIS EMPLOYMENT, INFERED BY THREAT, INTIMIDATION AND COERCION OF A HARSHER PROGRAM IF HIS GRIEVANCE FOR CRUEL AND UNUSUAL PUNISHMENT IS NOT SIGNED OFF ON. SUCH AN ACT VIOLATES CALIFORNIA CIVIL CODE §52.3

Alcide Galley Jr.
201718479
1627 S. Hargrave St.
Banning, Ca 92220

# COUNTY OF RIVERSIDE — CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**INSTRUCTIONS:**
1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:** CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1147, 4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1147 (951) 955-1060

OFFICE USE ONLY / TIME STAMP HERE

1. FULL NAME OF CLAIMANT
2. MAILING ADDRESS (STREET / PO BOX)
   CITY    STATE    ZIP CODE
   HOME TELEPHONE    BUSINESS TELEPHONE
3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)
4. WHERE DID DAMAGE OR INJURY OCCUR?
   STREET    CITY    STATE    ZIP CODE
5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:
6. WERE POLICE OR PARAMEDICS CALLED?  ☐ YES   ☐ NO
7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:
   DATE OF FIRST VISIT    PHYSICIAN'S/HOSPITAL'S NAME
   PHYSICIAN'S/HOSPITAL'S ADDRESS    PHONE:

8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?
9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).
   NAME:    DEPARTMENT:
10. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:
    NAME    PHONE
    ADDRESS
    NAME    PHONE
    ADDRESS
    NAME    PHONE
    ADDRESS
11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)

TOTAL DAMAGES TO DATE    TOTAL ESTIMATED PROSPECTIVE DAMAGES
$_____    $_____

**THIS CLAIM MUST BE SIGNED TO BE VALID.**   NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)

**WARNING:**
- CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)
- ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)
- SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)
- IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF
    SIGNATURE    RELATIONSHIP TO CLAIMANT
13. PRINT OR TYPE NAME    DATE

COB 08/27/03 BGS    REVISED: 7/20/2010

ALCJOG GAULGY JR
201719479
LARO O. SMITH CORRECTIONAL FACILITY
1627 S. HARGRAVE STREET
BANNING, CA 92220

LEGAL MAIL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CALIFORNIA 90012
ATTENTION: PRO SE CLERK
(213) 894-7984

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



N 6314   10/18/17