FILED
CLERK, U.S. DISTRICT COURT

APR 2 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIDE GALLEY JR., | ) NO. ED CV 17-2177-JGB(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| RIVERSIDE COUNTY, ET AL., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _April 25, 2018_ , 2018.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE